IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. O'KEEFE ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-1330 |
| ACE RESTAURANT SUPPLY, LLC, ET AL. : | |

**O R D E R**

**AND NOW**, this  11th  day of  January , 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

**R. BARCLAY SURRICK, J.**