IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. O'KEEFE ET AL.     : | |
| : | CIVIL ACTION |
| v.                           : | |
| : | NO. 11-1330 |
| ACE RESTAURANT SUPPLY, LLC, ET AL.  : | |

**O R D E R**

**AND NOW**, this <u>12th</u> day of <u>January</u>, 2016, upon consideration of Plaintiffs' Motion to Join Additional Parties (ECF No. 9), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**