IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH A. O'KEEFE, and                          :
SIMMERIA CAFÉ & BISTRO, INC.                    :
                                                :
            v.                                  :          CIVIL ACTION NO. 11-1330
                                                :
ACE RESTAURANT SUPPLY, LLC,                     :
KOREY BLANCK AND NICK BLANCK                    :


**O R D E R**

**AND NOW**, this ___9th___ day of __February__, 2016, it is **ORDERED** that the

Order of February 3, 2016 is **RESCINDED.**[1]

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1]  After telephone conference with Counsel on 2/9/16, Counsel for Plaintiffs and Defendants have agreed to pursue this matter in arbitration at the hearing scheduled for Wednesday, June 8, 2016 at 9:30 a.m.