IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH A. O'KEEFE, ET AL.          :
                                   :          CIVIL ACTION
        v.                         :
                                   :          NO. 11-1330
ACE RESTAURANT SUPPLY, LLC,        :
ET AL.                             :

## O R D E R

**AND NOW,** this  27th  day of March, 2017, upon consideration of Plaintiffs' Motion to

Disqualify Counsel (ECF No. 32), and Defendants' Opposition thereto (ECF No. 36), it

is **ORDERED** that Plaintiffs' Motion to Disqualify Counsel is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**