# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. O'KEEFE, et al.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 11-cv-1330 |
| | : | |
| **ACE RESTAURANT SUPPLY, LLC., et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this  27TH  day of February, 2019, after a bench trial and upon consideration of the parties' proposed findings of fact and conclusions of law, and in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED** that Judgment be and the same is hereby entered:

1. In favor of Defendants Ace Restaurant Supply, LLC; Korey Blanck; and Nicholas Blanck on Counts One and Two of the Complaint;

2. In favor of Defendant Nicholas Blanck on Counts Three, Four, Five, and Six of the Complaint; and

3. In favor of Plaintiff Joseph A. O'Keefe against Defendants Korey Blanck and Ace Restaurant Supply, LLC on Counts Three, Four, Five, and Six of the Complaint, in the amount of $50,551.28.[1]

BY THE COURT:

  /s/ Lynne A. Sitarski  
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Plaintiff is entitled to monetary damages from Defendant Korey Blanck and Defendant Ace Restaurant Supply, LLC, in the amount of $25,275.64 on Counts Three, Four, Five, and Six of the Complaint. Additionally, as indicated in the Court's Memorandum Opinion, Plaintiff is entitled to punitive damages from Defendant Korey Blanck in the amount of $25,275.64.